02-11-186-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00186-CV 

 

 




 
 
 In re Go Interests, LLC, Gregory M. Obert,
 Gwendolyn Obert, Go Helicopters, Inc., Helitrans Company, and Hilltop
 Commercial Holdings, Inc.
 
 
  
 
 
 RELATORS
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

------------

The
court has considered relators’ petition for writ of mandamus and motion for
emergency stay and is of the opinion that relief should be denied. 
Accordingly, relators’ petition for writ of mandamus and motion for emergency stay
are denied.

PER CURIAM

 

PANEL: 
DAUPHINOT, WALKER, and MEIER, JJ.

 

DELIVERED: 
June 7, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).